**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:08CR9** |
| vs. ) | |
| ) | **ORDER** |
| **JOSE VALENTIN CHAVEZ-CAZAREZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [17] and waiver of speedy trial. For good cause shown,

**IT IS ORDERED** that the motion [17] is granted, as follows:

1.  The trial of this matter is continued to **June 17, 2008.**

2.  In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 1, 2008 and June 17, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED March 21, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**