IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR9 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| JOSE VALENTIN CHAVEZ-CAZAREZ, | ) ) | |
| Defendant. | ) | |

      UPON THE ORAL MOTION OF THE DEFENDANT,

      IT IS ORDERED that the Change of Plea hearing is continued to **August 19, 2008** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

      For this defendant, the time between **July 21, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

      Since this is a criminal case, the defendant must be present, unless excused by the Court.

      DATED this 21st day of July, 2008.

      BY THE COURT:

      s/ F.A. Gossett
      United States Magistrate Judge