IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>               Plaintiff,          )<br>                                                       )<br>   vs.                                            )<br>                                                       )<br>JOSE VALENTIN CHAVEZ-CAZAREZ,   )<br>                                                       )<br>               Defendant.       ) | Case No. 8:08CR9<br><br>ORDER |

Upon the oral motion (#30) of the defendant,

**IT IS ORDERED** that the Change of Plea hearing is continued to **August 26, 2008 at 9:30 A.M.,** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **August 13, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 13th day of August 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge